IN CLERK'S
US DISTRICT C

★ OCT 09 2014

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

........................................................................

Efraim Schwartz and Blimie Schwartz,
*o/b/o themselves and all other similarly situated consumers,*

                    Plaintiff(s),

            -against-

NorthStar Location Services,

                    Defendant(s)

........................................................................

<u>ORDER OF DISCONTINUANCE</u>

CV-14-4089 (CBA) (JO)

AMON, J.

      It having been reported to the Court that the above action has been settled, it is

      ORDERED that the action is hereby discontinued without prejudice to the right to

reopen the action in 45 days if the settlement is not consummated.

      SO ORDERED.

Dated: Brooklyn, New York
      October 9 , 2014


/s/ USDJ Amon
  Carol Bagley/Amon
  Chief United States District Judge.