UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**EFRIAM SCHWARTZ and BLIMIE SCHWARTZ on behalf of themselves and all other similarly situated consumers,**

*Plaintiff,*

-vs-

**NORTHSTAR LOCATION SERVICES, LLC,**

*Defendant.*

**STIPULATION OF DISMISSAL**

Civil No. 14-cv-04089-CBA-JO

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs and the Defendant that the above-captioned action shall be dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction over the settlement of the action.

Dated: January 21, 2015

**MAXIM MAXIMOV, LLP**

By: _____
Maxim Maximov, Esq.
Attorneys for Plaintiffs
1701 Avenue P
Brooklyn, New York 11229
E-mail address: m@maximovlaw.com

Dated: January 21, 2015

**HISCOCK & BARCLAY, LLP**

By: _____
Paul A. Sanders, Esq.
Attorneys for Defendant
100 Chestnut Street, Suite 2000
Rochester, New York 14604
E-mail address: psanders@hblaw.com

8564846.1