FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 22 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EFRIAM SCHWARTZ and BLIMIE SCHWARTZ on behalf of themselves and all other similarly situated consumers,

        *Plaintiff*,

-vs-

NORTHSTAR LOCATION SERVICES, LLC,

        *Defendant*.

**STIPULATION OF DISMISSAL**

Civil No. 14-cv-04089-CBA-JO

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs and the Defendant that the above-captioned action shall be dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction over the settlement of the action.

Dated: January 21, 2015

**MAXIM MAXIMOV, LLP**

By: _____
Maxim Maximov, Esq.
Attorneys for Plaintiffs
1701 Avenue P
Brooklyn, New York 11229
E-mail address: m@maximovlaw.com

Dated: January 21, 2015

**HISCOCK & BARCLAY, LLP**

By: _____
Paul A. Sanders, Esq.
Attorneys for Defendant
100 Chestnut Street, Suite 2000
Rochester, New York 14604
E-mail address: psanders@hblaw.com

**SO ORDERED:**
**January 22, 2015**

s/Carol Bagley Amon
_____
USDJ

8564846.1